WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,     ) | CR-01-01047-1-PHX-EHC |
|                               ) | |
| Plaintiff,                    ) | |
|                               ) | |
| vs.                           ) | |
|                               ) | |
| Starr Lynn Honeycutt,         ) | **ORDER** |
|                               ) | |
| Defendant.                    ) | |
|                               ) | |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on January 28, 2009.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived her right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain her burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that she is neither a flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

1 | **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2 | court.
3 | DATED this 29TH day of Jan., 2009.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge